UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>FRAZIER, et al.,<br><br>        Defendants. | No.  2:13-cv-1605 KJN P<br><br><br>ORDER |

     Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 19, 2015, defendants Askey, Dittman, Frazier, Guzman, Kline, Turner, and Young ("moving defendants") filed a motion to dismiss and revoke plaintiff's in forma pauperis status.  On June 22, 2015, the moving defendants and defendant Zamora filed a request for stay of this action pending ruling on the pending motion, or, in the alternative, an extension of time in which to file an answer.  Defendant Zamora also joined in the motion to dismiss.  On July 8, 2015, defendant Barnes joined in the motion to dismiss and the request for stay.  Service of process on defendants Lee and Robertson has not yet been returned by the U.S. Marshal.

     Good cause appearing, IT IS HEREBY ORDERED that:

     1.  The June 22, 215 request by moving defendants (ECF No. 24) is partially granted;

     2.  The requests of defendants Zamora and Barnes to join in the June 22, 2015 request and the May 19, 2015 motion to dismiss are granted; and

3. Defendants Askey, Dittman, Frazier, Guzman, Kline, Turner, Young, Zamora, and Barnes are relieved of their obligation to file an answer pending further order of the court.

Dated: July 16, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chat1605.eot

2